THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENOS PATRICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRIDENT SEAFOODS CORPORATION, JOHN DOES 1-20; MARY DOES 1-20; DOES CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATES 1-20; DOE GOVERNMENTAL AGENCIES 1-20; and OTHER ENTITIES 1-20, In Personam,<br><br>and<br><br>M/V SEATTLE ENTERPRISE, O.N. 904767, In Rem,,<br><br>　　　　Defendants. | Case No. 2:24-cv-02156-JCC<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jenos Patrick and Defendants Trident Seafoods Corporation and M/V SEATTLE ENTERPRISE, by and through their respective attorneys of record, jointly move to dismiss all claims asserted in this action with prejudice, without fees to any party, and without costs to any party.

/ / /

JOINT MOTION AND [PROPOSED] ORDER TO DISMISS - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\277162\47467870.v1

Dated this 14th day of March, 2025.

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: */s/ Colin Folawn*<br>    Colin Folawn, WSBA #34211<br>    Email: cfolawn@schwabe.com<br>    Noah Jarrett, WSBA #31117<br>    Email: njarrett@schwabe.com<br>    1420 5th Avenue, Suite 3400<br>    Seattle, WA 98101<br><br>*Of Attorneys for Plaintiff* | ADMIRALTY ADVOCATES<br><br>By: _____<br>    Jay Friedheim, HSBA #4516<br>    E-Mail: jay@admiraltyadvocates.com<br>    866 Iwilei Road, Suite 201<br>    Honolulu, HI 96817<br><br>*Of Attorneys for Defendants* |

IT IS SO ORDERED.

DATED this __11th__ day of __April_____, 2025.

*[signature]*

United States District Court Judge

Presented by:

*/s/ Colin Folawn*
Colin Folawn, WSBA #34211
Email: cfolawn@schwabe.com
Noah Jarrett, WSBA #31117
Email: njarrett@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101

JOINT MOTION AND [PROPOSED] ORDER TO DISMISS - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\277162\47467870.v1